IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOSHUA THURSTON, | § § | |
| *Plaintiff,* | § § § | SA-20-CV-00513-FB |
| vs. | § § | |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC, USAA FEDERAL SAVINGS BANK, ARMY AND AIR FORCE EXCHANGE SERVICE, D/B/A MILITARY STAR; | § § § § § § § § § | |
| *Defendants.* | § | |

## **ORDER**

Before the Court in the above-styled cause of action is the Motion for Admission Pro Hac Vice, filed by Jarmonique C. Smith [#56]. Ms. Smith's application reflects that she is a member in good standing with the Bar of the State of Texas. According to the motion, this is Ms. Smith's first application to appear *pro hac vice* in the Western District of Texas.

It is this Court's policy to require all counsel to apply for admission to the Western District's federal bar and to follow through with the application as a condition of appearance *pro hac vice* in any case. This Court has made an exception for out-of-district counsel if the applicant's practice in the Western District is limited to one or two cases and the applicant has co-counsel admitted to practice in this Court. Any additional requests by out-of-district counsel require counsel to apply for admission to the Western District of Texas.

Ms. Smith's application does not indicate that she has co-counsel in this case. Nor is there an indication that she has filed an application for admission to this district. The Court will therefore conditionally grant Ms. Smith's motion such that she may appear in this case *pro hac*

*vice* provided she either applies for admission to the Western District of Texas within 180 days from the date of this order or an attorney admitted to practice in the Western District of Texas enters an appearance in this case as her co-counsel.

Accordingly, **IT IS HEREBY ORDERED** that the Motion for Admission Pro Hac Vice filed by Jarmonique C. Smith [#56] is **CONDITIONALLY GRANTED** such that Jarmonique C. Smith may appear before this Court *pro hac vice* provided she either applies for admission to the Western District of Texas within 180 days from the date of this Order or an attorney admitted to the Western District of Texas enters an appearance in this case as Ms. Smith's co-counsel within **ten days** from the date of this Order.  Should Ms. Smith fail to comply with this Court's order, she will no longer be permitted to represent Defendant Experian Information Solutions, Inc. in this case.  The Court further **ORDERS** counsel to become familiar with the Local Court Rules of the United States District Court for the Western District of Texas, a copy of which may be obtained from the United States District Clerk for the Western District of Texas.

**IT IS FURTHER ORDERED** that Jarmonique C. Smith immediately tender the amount of $100.00, payable to Clerk, U.S. District Court, in compliance with Western District of Texas Local Rule AT-1(f)(2) if he has not already done so.

**IT IS FURTHER ORDERED** that Jarmonique C. Smith, pursuant to Section 6 of the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas, must register as a filing user within **ten days** of this Order, if she has not already done so.  Ms. Smith's *pro hac vice* status shall not take effect until she has complied with all of the requirements contained in this Order.

**IT IS SO ORDERED.**

SIGNED this 13th day of October, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE